UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANGELITO C MERCADO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02961-JPH-MG |
| | ) | |
| AIDA RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having screened Mr. Mercado's complaint under 28 U.S.C. § 1915A,

Magistrate Judge Mario Garcia has entered a Report and Recommendation,

dkt. 7, recommending:

1. The Clerk **shall consolidate** Case No. 1:21-cv-2961-JPH-MG into Case No. 1:20-cv-2179-JPH-TAB and **close** Case No. 1:21-cv-2961-JPH-MG, and no further filings should be made in that case. No final judgment will issue in Case No. 1:21-cv-2961- JPH-MG.
2. The Clerk is **directed** to add Aida Ramirez as a defendant in Case No. 1:20-cv-2179-JPH-TAB.
3. All future filings **shall** be filed in Case No. 1:20-cv-2179-JPH-TAB.
4. The following claims **shall proceed** against Defendant Aida Ramirez: (1) conspiracy under 42 U.S.C. § 1985, (2) failure to intervene and equal protection in violation of the Fourteenth Amendment, and (3) retaliation under 42 U.S.C. § 1983. This ruling is without prejudice to the filing of a proper Fed. R. Civ. P. 12 motion.
5. The stay entered in Case No. 1:20-cv-2179-JPH-TAB is **lifted** for the **sole** purpose of requiring Defendant Aida Ramirez to file a responsive pleading to Plaintiff's Complaint within 28 days following an order on this Report and Recommendation. All other aspects of the stay **shall** remain in place.

The parties have had the opportunity to object but have not done so.  *See*

Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).  The Court has considered and now

**ADOPTS** the Report and Recommendation, as amended below.  Dkt. [7].

Based upon the recommendation to consolidate, the stay in Case No. 1:20-cv-2179-JPH-TAB is **lifted** for the purpose of requiring Mr. Mercado to **file** a second amended complaint **by March 3, 2022.**  The second amended complaint **shall** encompass the claims asserted in his amended complaint, 1:21-cv-2179-JPH-TAB Dkt. 109, and the additional claims asserted against Defendant Ramirez in this case as outlined at (4) above, but the second amended complaint **shall not** add new parties or new claims.  The stay is **additionally lifted** for the purpose of filing responsive pleadings.

The Clerk **shall consolidate** Case No. 1:21-cv-2961-JPH-MG into Case No. 1:20-cv-2179-JPH-TAB and **close** Case No. 1:21-cv-2961-JPH-MG. The Clerk is **directed** to add Aida Ramirez as a defendant in Case No. 1:20-cv-2179-JPH-TAB and **shall** docket a copy of this order in that case.

All future filings **shall** be filed in Case No. 1:20-cv-2179-JPH-TAB.

**SO ORDERED**.

Date: 2/2/2022

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ANGELITO C MERCADO
933594
c/o Bartholomew County Jail 543 2nd St
Columbus, IN 47201

James Alex Emerson
COOTS HENKE & WHEELER, P.C.
aemerson@chwlaw.com

Matthew L. Hinkle
COOTS HENKE & WHEELER
mhinkle@chwlaw.com